# Court of Appeals
# of the State of Georgia

ATLANTA,  August 10, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0416. ROBERT D. WHIGHAM v. STATE OF GEORGIA.

Robert D. Whigham filed a petition for removal from the sex offender registry under OCGA § 42-1-19. On December 31, 2020, the trial court denied the motion. On July 13, 2021, Whigham filed this application for discretionary appeal seeking review of the trial court's order.[1] We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Whigham's application was untimely filed more than six months after entry of the order he seeks to appeal. As a result, the application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/10/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*  , Clerk.

---

[1] On January 26, 2021, Whigham filed a direct appeal from the trial court's order. We dismissed the appeal due to Whigham's failure to comply with the mandatory discretionary appeal procedures under OCGA § 5-6-35 (a) (5.2), (b). See *Whigham v. State*, Case No. A21A1274, dismissed April 22, 2021.